# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2020

160906 & (27)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TERESA HERRON, Personal Representative
of the ESTATE OF KORD KOSTICH,
        Plaintiff-Appellee,

v

MONROE MOTORSPORTS, INC.,
        Defendant-Appellant.

_____/

SC: 160906
COA: 350827
Wayne CC: 17-015068-NO

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 27, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2020



Clerk

a0211